No. 594. FEDERAL LAND BANK OF ST. LOUIS *v.* PRIDDY, CIRCUIT JUDGE. *Ante,* p. 229. May 20, 1935. Petition for rehearing denied.

No. 1045 (October Term, 1933). ALEOGRAPH CO. *v.* WESTERN ELECTRIC CO. 292 U. S. 656. May 27, 1935. The motion for leave to file petition for reconsideration of petition for rehearing is denied.

No. 830. TUCKER *v.* UNITED STATES. *Ante,* p. 745. May 27, 1935. Petition for rehearing denied. The motion for release from prison punishment pending appeal is also denied.

No. 2. UNITED STATES *v.* CREEK NATION. *Ante,* p. 103. May 27, 1935. Petition for rehearing denied.

Nos. 659 and 660. MOTLOW *v.* STATE EX REL. KOELN. *Ante,* p. 97. May 27, 1935. Petition for rehearing denied.

No. 663. SNYDER *v.* COMMISSIONER OF INTERNAL REVENUE. *Ante,* p. 134. May 27, 1935. Petition for rehearing denied.

No. 833. TEXAS LAND & CATTLE CO. ET AL. *v.* FORT WORTH. *Ante,* p. 716. May 27, 1935. Petition for rehearing denied.